# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FLYING HELIBALL, LLC, | Civil Action No. 2:23-CV-00036- JRG-RSP |
| Plaintiff, | Chief District Judge Rodney Gilstrap |
| v. | Magistrate: Roy Payne |
| TARGET CORPORATION, | Filed: January 31, 2023 |
| Defendant. | |

## JOINT MOTION TO CONTINUE TRIAL

Plaintiff Flying Heliball, LLC and Defendant Target Corporation (collectively, the "Parties") file this Joint Motion to Continue Trial, which was initially set for December 9, 2024. Parties have conferred and agreed to continue trial to a later date. The Parties therefore move the Court continue trial currently set for December 9, 2024.

Plaintiff's lead counsel has two trials scheduled in December 2024 in addition to the captioned matter and would be prejudiced if forced to attempt to complete all three trials in such a compressed period of time, with many overlapping pre-trial deadlines. *World Tech Toys, Inc. v. Straight Forwarding, Inc.*, 22TCV22693 is scheduled to begin trial on December 3, 2024, in the Los Angeles County Superior Court. *World Tech Toys, Inc. v. CVS Pharmacy, Inc.*, 23-5567 FMO (JPRx) is scheduled to begin trial on December 17, 2024, in the U.S. District Court for the Central District of California.[1]

---

[1] This trial was recently rescheduled by the court and the undersigned, acting as World Tech Toys, Inc.'s counsel in that matter, had requested a trial date in January 2025, which would not have conflicted with this Court's existing trial schedule.

1

Similarly, defense counsel has trials scheduled for January and February. Accordingly, the parties stipulate to the new case management deadlines below and respectfully request that the Court adjust its Court's Docket Control Order (Dkt. 22) as follows:

| Event | Original Date | New Date |
|---|---|---|
| *Jury Selection – 9:00 a.m. in Marshall, Texas | December 9, 2024 | March 10, 2025 |
| *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses | 7 days before Jury Selection | 7 days before Jury Selection |
| * Plaintiff to disclose final election of Asserted Claims | 10 days before Jury Selection | 10 days before Jury Selection |
| * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date | November 12, 2024 | February 11, 2025 |
| *Pretrial Conference – 9:00 a.m. in Marshall, Texas before Judge Roy Payne | November 4, 2024 | February 3, 2025 |
| *Notify Court of Agreements Reached During Meet and Confer  The parties are ordered to meet and confer on any outstanding objections or motions in limine. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. | October 28, 2024 | January 27, 2025 |
| *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions in Limine, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations | October 28, 2024 | January 27, 2025 |
| *File Notice of Request for Daily Transcript or Real Time Reporting.  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. | October 21, 2024 | January 21, 2025 |

| | | |
|---|---|---|
| * File Motions in Limine<br>The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. | October 15, 2024 | January 13, 2025 |
| Serve Objections to Rebuttal Pretrial Disclosures | October 15, 2024 | January 13, 2025 |
| Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures | October 7, 2024 | January 6, 2025 |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof | September 23, 2024 | December 23, 2024 |
| *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[4] Motions for Summary Judgment shall comply with Local Rule CV-56. | September 16, 2024 | December 16, 2024 |
| *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. | September 3, 2024 | December 2, 2024 |
| *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. | September 3, 2024 | December 2, 2024 |
| Deadline to Complete Expert Discovery | August 26, 2024 | November 25, 2024 |
| Serve Disclosures for Rebuttal Expert Witnesses | August 12, 2024 | November 11, 2024 |
| Deadline to Complete Fact Discovery and File Motions to Compel Discovery | July 22, 2024 | October 21, 2024 |
| Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof | July 22, 2024 | October 21, 2024 |
| Comply with P.R. 3-7 (Opinion of Counsel Defenses) | June 27, 2024 | September 26, 2024 |

| | | |
|---|---|---|
| *Claim Construction Hearing 9 a.m. in **Marshall, Texas** before Judge Roy Payne | June 6, 2024 | September 5, 2024 |
| *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) | May 23, 2024 | August 22, 2024 |
| *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) | May 16, 2024 | August 15, 2024 |
| Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) | May 9, 2024 | August 8, 2024 |
| Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). | April 25, 2024 | July 25, 2024 |
| Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. | April 25, 2024 | July 25, 2024 |
| Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) | April 11, 2024 | July 11, 2024 |
| File Response to Amended Pleadings | April 4, 2024 | July 4, 2024 |
| *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. | March 21, 2024 | June 20, 2024 |
| Comply with P.R. 4-3 (Joint Claim Construction Statement) | March 14, 2024 | June 13, 2024 |
| Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) | February 22, 2024 | May 23, 2024 |

**[Signature on Next Page]**

5

| | | |
|---|---|---|
| Dated: | February 21, 2024 | **McKOWN BAILEY** |

   /s/ Michael O'Brien
Michael O'Brien
mobrien@mckownbailey.com
William P. Cassidy, Jr.
wcassidy@mckownbailey.com
Aaron McKown
aaron@mckownbailey.com
520 Newport Center Drive, Suite 470
Newport Beach, California 92660
(949) 858-3200
*Attorneys for Plaintiff Flying Heliball, LLC*

| | | |
|---|---|---|
| Dated: | February 21, 2024 | **FOX ROTHSCHILD LLP** |

   /s/  Jeff Grant
Jeff Grant
Jgrant@foxrothschild.com
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
Andy Nikolopoulos
anikopoulos@foxrothschild.com
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201
(972) 991-0889

*Attorneys for Defendant Target Corporation*

**Certificate of Service**

The undersigned certifies this document was filed electronically in compliance with Local Rule CV-5(a). As such, it was served on all counsel of record on February 21, 2024.

/s/ Michael O'Brien

Michael O'Brien

**Certificate of Conference**

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and this Motion is unopposed. I personally conferred with Defendants' counsel on February 9, 2024 regarding the relief requested by this Motion and Defendants are unopposed to the relief sought.

/s/ Michael O'Brien

Michael O'Brien