# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| FLYING HELIBALL, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　Defendant. | Civil Action No. 2:23-CV-00036- JRG-RSP<br><br>Chief District Judge Rodney Gilstrap<br><br>Magistrate: Roy Payne<br><br>Filed: January 31, 2023 |

# JOINT STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Flying Heliball, LLC ("Heliball") and Defendant Target Corporation ("Target") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to the dismissal of the action in its entirety with prejudice. The Parties each agree that they shall bear their own attorneys' fees and costs with respect to the dismissal of this action.

Dated:          September 27, 2024          McKOWN BAILEY

/s/ Aaron M. McKown
Aaron McKown
Michael O'Brien
William Cassidy
520 Newport Center Drive, Suite 470
Newport Beach, California 92660
(949) 858-3200
mobrien@mckownbailey.com
aaron@mckownbailey.com

Attorneys for Plaintiff Flying Heliball, LLC

Dated:          September 27, 2024          FOX ROTHSCHILD LLP

/s/Jeff Grant
Jeff Grant
Andy Nikolopoulos
10250 Constellation Blvd #900
Los Angeles, California 90067
(310) 598-4150
jgrant@foxrothschild.com
anikolopoulos@foxrothschild.com

Attorneys for Defendant Target Corporation

## Certificate of Service

The undersigned certifies this document was filed electronically in compliance with Local Rule CV-5(a). As such, it was served on all counsel of record on September 27, 2024.

*/s/Aaron M. McKown*
Aaron M. McKown

## Certificate of Conference

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and this Motion is unopposed. I personally conferred with Defendants' counsel on September 27, 2024 regarding the relief requested by this Motion and Defendants are unopposed to the relief sought.

*/s/Aaron M. McKown*
Aaron M. McKown