# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| FLYING HELIBALL, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CASE NO.  2:23-CV-00036-JRG-RSP |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Flying Heliball, LLC and Target Corporation. (Dkt. No. 57.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 1st day of October, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE